Name and address:
Manning Law, APC
Joseph R. Manning, Jr. (SBN 223381)
Michael J. Manning, Esq. (SBN 286879)
4667 MacArthur Blvd., Suite 150
Newport Beach, CA 92660

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Patricia Filardi, et al.<br><br>Plaintiff(s),<br><br>v.<br><br>THE RESORT AT PELICAN HILL, LLC, a Delaware limited liability company; and DOES 1 to 50, inclusive<br><br>Defendant(s). | CASE NUMBER<br><br>8:18-cv-00560<br><br>APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE<br>*PRO HAC VICE* |

**INSTRUCTIONS FOR APPLICANTS**

(1) The attorney seeking to appear pro hac vice must complete Section I of this Application, personally sign, in ink, the certification in Section II, and have the designated Local Counsel sign in Section III. ELECTRONIC SIGNATURES ARE NOT ACCEPTED. Space to supplement responses is provided in Section IV. The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application. Scan the completed Application with its original ink signature, together with any attachment(s), to a single Portable Document Format (PDF) file.

(2) Have the designated Local Counsel file the Application electronically (using the Court's CM/ECF System), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $325 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application. Out-of-state federal government attorneys are not required to pay the $325 fee. (Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status. See L.R. 83-2.1.4.) A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address. L.R. 5-4.4.2.

**SECTION I - INFORMATION**

Dann, Marc E.
*Applicant's Name (Last Name, First Name & Middle Initial)*     check here if federal government attorney ☐

DannLaw
*Firm/Agency Name*

2728 Euclid Ave., Suite 300                 (216) 373-0539              (216) 373-0536
                                             *Telephone Number*          *Fax Number*
*Street Address*

Cleveland, OH 44115                                    mdann@dannlaw.com
*City, State, Zip Code*                                *E-mail Address*

I have been retained to represent the following parties:

Patricia Filardi, et al.            ☒ Plaintiff(s)  ☐ Defendant(s)  ☐ Other: _____
                                    ☐ Plaintiff(s)  ☐ Defendant(s)  ☐ Other: _____
*Name(s) of Party(ies) Represented*

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership. Use Section IV if more room is needed, or to provide additional information.

| Name of Court | Date of Admission | Active Member in Good Standing? (if not, please explain) |
|---|---|---|
| Ohio Supreme Court | Nov. 1987 | Yes. |
| USDC Northern District of Ohio | Oct. 1991 | Yes. |
| USDC Southern District of Ohio | Mar. 2006 | Yes. |

List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| Case Number | Title of Action | Date of Application | Granted / Denied? |
|---|---|---|---|
| 8:17-cv-2222 | Kacur v. Alteryx, Inc. | Jan. 25, 2018 | Granted |
| 8:17-cv-2232 | Carson v. Experian Information Services, Inc. | Jan. 25, 2018 | Granted |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

N/A

Has the applicant previously registered as a CM/ECF user in the Central District of California? ☒ Yes ☐ No

If yes, was the applicant's CM/ECF User account associated with the e-mail address provided above? ☒ Yes ☐ No

mdann@dannlaw.com
*Previous E-mail Used (if applicable)*

*Attorneys must be registered for the Court's Case Management/Electronic Case Filing ("CM/ECF") System to be admitted to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) as a CM/ECF User. If the Court signs an Order granting your Application, you will either be issued a new CM/ECF login and password, or the existing account you identified above will be associated with your case. Pursuant to Local Rule 5-3.2.3, registering as a CM/ECF User is deemed consent, for purposes of Fed. R. Civ. P. 5(b)(2)(E), to electronic service of documents through the CM/ECF System. You have the right to withhold or revoke your consent to electronic service at any time; simply complete and return a Central District Electronic Service Exemption Form (Form G-05, available from the Court's website). If the Court receives an Electronic Service Exemption Form from you, you will no longer receive notice by e-mail when Court orders or other documents are filed in cases in which you are counsel of record; instead, copies of such documents will be sent to you through the mail.*

## SECTION II - CERTIFICATION

I declare under penalty of perjury that:
(1) All of the above information is true and correct.
(2) I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3) I am not currently suspended from and have never been disbarred from practice in any court.
(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated April 4, 2018

Marc E. Dann
*Applicant's Name (please type or print)*

*Applicant's Signature*

## SECTION III - DESIGNATION OF LOCAL COUNSEL

Manning, Jr., Joseph R.

*Designee's Name (Last Name, First Name & Middle Initial)*

Manning Law, APC

*Firm/Agency Name*

4667 MacArthur Blvd., Suite 150

*Street Address*

Newport Beach, CA 92660

*City, State, Zip Code*

(949) 200-8755

*Telephone Number*

(866) 843-8308

*Fax Number*

joe@manninglawoffice.com

*E-mail Address*

223381

*Designee's California State Bar Number*

I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law.

Dated April 4, 2018

Joseph R. Manning, Jr.

*Designee's Name (please type or print)*

*Designee's Signature*

## SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)

Additional Court Admission for Marc E. Dann

US Bankruptcy Court Northern District of Ohio October 8, 1991
US Bankruptcy Court Southern District of Ohio March 28, 2016
USDC - Northern District of Illinois 2015
USDC - Northern District of Indiana 2016
Sixth Circuit Court of Appeals April 1991

# The Supreme Court of Ohio

## CERTIFICATE OF GOOD STANDING

I, GINA WHITE PALMER, Director of the Attorney Services Division of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Office of Attorney Services of the Supreme Court and that the Attorney Services Division is responsible for reviewing Court records to determine the status of Ohio attorneys. I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio,

**Marc Edward Dann**
**Attorney Registration No. 0039425**

was admitted to the practice of law in Ohio on November 16, 1987; has registered as an active attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.

IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 23rd day of March, 2018.

GINA WHITE PALMER
*Director, Attorney Services Division*

Minerva B. Elizaga
*Senior Attorney Services Counsel*