## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

PATRICIA FILARDI, et al.,

Plaintiff(s)

v.

THE RESORT PELICAN HILL LLC, et al.,

Defendant(s).

CASE NUMBER

8:18-cv-00560-CJC-KES

**ORDER ON APPLICATION
OF NON-RESIDENT ATTORNEY TO APPEAR
IN A SPECIFIC CASE *PRO HAC VICE***

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Zimmerman, Jr., Thomas A.
*Applicant's Name (Last Name, First Name & Middle Initial)*

(312) 440-0020    (312) 440-4180
*Telephone Number*    *Fax Number*

tom@attorneyzim.com, firm@attorneyzim.com
*E-Mail Address*

of

Zimmerman Law Offices, P.C.
77 West Washington Street, Suite 1220
Chicago, Illinois 60602

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
Patricia Filardi, James Rutherford

*Name(s) of Party(ies) Represented*   ☒ Plaintiff(s)  ☐ Defendant(s)  ☐ Other:

**and designating as Local Counsel**

Manning, Jr., Joseph R.
*Designee's Name (Last Name, First Name & Middle Initial)*

223381    (949) 200-8755    (866) 843-8308
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

adapracticegroup@manninglawoffice.com
*E-Mail Address*

of

Manning Law APC
4667 MacArthur Blvd., Suite 150
Newport Beach, California 92660-8860

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
   ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
   ☐ for failure to complete Application: _____
   ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
   ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
   ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

Dated April 19, 2018 _____

U.S. District Judge/U.S. Magistrate Judge