

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

PATRICIA FILARDI, et al.

Plaintiff(s),

v.

THE RESORT PELICAN HILL LLC, et al.

Defendant(s).

CASE NO:
8:18−cv−00560−CJC−KES

**SCHEDULING ORDER**

The Court, having reviewed the pleadings and the parties' submissions pursuant to Federal Rule of Civil Procedure 26(f), now ORDERS as follows:

[1]  All discovery, including discovery motions, shall be completed by August 29, 2019.  Discovery motions must be filed and heard prior to this date.

[2]  The parties shall have until October 28, 2019 to file and have heard all other motions, including motions to join or amend the pleadings.

[3]  A pretrial conference will be held on **Monday, November 25, 2019 at 03:00 PM**.  Full compliance with Local Rule 16 is required.

[4]  The case is set for a **jury trial, Tuesday, December 3, 2019 at 08:30 AM.**

///

[5]  The parties are referred to ADR Procedure No. 2 – Court Mediation Panel.

The parties shall have until September 24, 2019 to conduct settlement proceedings.

IT IS FURTHER ORDERED that the Clerk of the Court shall serve copies of this Order on counsel for the parties in this matter.

**IT IS SO ORDERED.**

DATED: August 16, 2018

_____

Cormac J. Carney
United States District Judge

cc: ADR OFFICE