JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PATRICIA FILARDI, an individual; JAMES RUTHERFORD, an individual; and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE RESORT PELICAN HILL LLC, a Delaware limited liability company; and DOES 1-50, inclusive,<br><br>Defendants. | Case No.: 8:18-cv-00560-CJC-KES<br><br>**ORDER DISMISSAL WITH PREJUDICE** |

ORDER DISMISSAL WITH PREJUDICE

After consideration of the Joint Stipulation for Dismissal of the entire action with Prejudice filed by Plaintiffs Patricia Filardi and James Rutherford ("Plaintiffs") and The Resort Pelican Hill LLC ("Defendant"), the Court hereby enters a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: November 12, 2019

_____
HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT COURT JUDGE